UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1389(JMR/RLE)

Lynn Mortenson et al. )
)
v. ) ORDER
)
United States of America )

The matter comes before the Court on plaintiffs' motion for a temporary restraining order and preliminary injunction. The Court heard oral arguments on June 12, 2000. Based on the files, records, and proceedings herein, and for the reasons set forth at the hearing, IT IS ORDERED that:

Plaintiffs' motion for a temporary restraining order or preliminary injunction [Docket No. 2] is denied.

Dated: June 15, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED JUN 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK