UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1389 JMR/FLN

| | | |
|---|---|---|
| LYNN MORTENSON and NEAL L. MORTENSON, Plaintiffs, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, Defendant. | ) | |

Upon application of Defendant United States of America, no hearing hereon being deemed necessary, and for cause shown, it is hereby

ORDERED that Defendant United States of America shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to July 26, 2000.

Dated: June 28, 2000

FRANKLIN L. NOEL
United States Magistrate Judge

FILED JUN 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK