UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1389(JMR/RLE)

Lynn Mortenson and Neal L. Mortenson )
)
v. ) ORDER
)
United States of America )

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: July 21, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED JUL 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK