UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1389 JMR/RLE

LYNN MORTENSON and NEAL L. MORTENSON,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

**ORDER**

Based upon the Stipulation of the parties and for good cause shown, it is hereby

ORDERED that the above-entitled action and complaint is and shall be dismissed with each party bearing its own costs, expenses, and attorney's fees.

Dated this 21st day of July, 2000.

JAMES M. ROSENBAUM
United States District Court Judge

FILED JUL 25 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK